# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PTG2, LLC D/B/A
PRESCRIPTIONS TO GEAUX #2

NO.  2024 CW 0378

VERSUS

LOUISIANA WHOLESALE DRUG
COMPANY, INC.

**MAY 1, 2024**

---

In Re:    Louisiana Wholesale Drug Company, Inc., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 745530.

---

**BEFORE:    GUIDRY,C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT